Josh M. Snell, Bar #021602
Jonathan C. Brannon, Bar #036156
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7815
jsnell@jshfirm.com
jbrannon@jshfirm.com

Attorneys for Defendant 99 Cents Only
Stores, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Alham E. Hano, an adult individual,<br><br>                             Plaintiff,<br><br>         v.<br><br>99 Cents Only Stores, LLC, a foreign<br>limited liability corporation,<br><br>                             Defendant. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant 99 Cents Only Stores, LLC, by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1.     On or about June 8, 2022, this action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption *Alham E. Hano v. 99 Cents Only Stores, LLC*, CV2022-051821. Copies of the initial state court pleadings are attached hereto as **Exhibit A**.  Defendant's counsel accepted service on behalf of Defendant on June 28, 2022.

2.     Defendant 99 Cents Only Stores, LLC is a foreign corporation (California) with its principal place of business in the State of California.  According to the Complaint, Plaintiffs are residents and citizens of Maricopa County, Arizona.

3.     According to correspondence with Plaintiff's counsel, the highest amount sought in this case is in excess of $75,000.00.  Plaintiff has over $132,000 of past

medical expenses.  A copy of email correspondence confirming the medical damages is attached hereto as **Exhibit B**.  According to the Complaint, Plaintiff is also seeking compensation for other pecuniary and general damages.

4.   This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Therefore, this action meets the requirements for this Court's diversity jurisdiction and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

5.   This Notice of Removal is being filed within 30 days after initial service of the Complaint.

6.   Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

7.   A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as **Exhibit C**.

WHEREFORE, Defendant 99 Cents Only Stores, LLC respectfully requests that this action be removed to this Court

DATED this 18th day of July, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/Jonathan C. Brannon*
    Josh M. Snell
    Jonathan C. Brannon
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant 99 Cents Only
    Stores, LLC

10784534.1

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on this 18th day of July, 2022, I caused the foregoing

3   document to be filed electronically with the Clerk of Court through the CM/ECF System

4   for filing; and served on counsel of record via the Court's CM/ECF system.

5   Christopher J. Zachar
    Nicholas Smith
6   ZACHAR LAW FIRM. P.C.
    Post Office Box 47640
7   Phoenix, Arizona 85020
    T: (602) 494-4800
8   czachar@zacharlaw.com
    nsmith@zacharlaw.com
9   Attorneys for Plaintiff

10

11   */s/Rachel Barajas*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3