# EXHIBIT A

Clerk of the Superior Court
*** Electronically Filed ***
A. Mittelstaedt, Deputy
6/8/2022 3:14:27 PM
Filing ID 14410314

**ZACHAR LAW FIRM, P.C.**
PO Box 47640
Phoenix, Arizona  85020
(602) 494-4800
Christopher J. Zachar        #014711
czachar@zacharlaw.com
Nicholas Smith                    #033031
nsmith@zacharlaw.com

Attorney for the Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **ALHAM E. HANO,** an adult individual, <br><br>                                        Plaintiff, <br><br> vs. <br><br> **99 CENTS ONLY STORES, LLC**, a foreign limited liability corporation; **JOHN DOES I – X; JANE DOES I – X; ABC PARTNERSHIPS I – X** and **XYZ CORPORATIONS I – X,** <br><br>                                        Defendants. | No.:  **CV2022-051821** <br><br> **COMPLAINT** <br><br> (Tort: Non-Motor Vehicle; Premises Liability; Negligence) <br><br> **Tier 2** |

NOW COMES Plaintiff Alham E. Hano, by and through undersigned counsel, and for his Complaint against the Defendant alleges as follows:

1. Plaintiff Alham E. Hano is an adult individual presently residing in Maricopa County, Arizona.

2. Defendant 99 Cents Only Stores, LLC is a foreign limited liability corporation doing business in Maricopa County, Arizona.

-1-

3. Defendants John Does I – X and Jane Does I – X are fictitious persons whose identities are unknown to Plaintiff, but whose conduct may have caused or contributed to Plaintiff's damages herein. Plaintiff reserves the right to amend the pleadings with the names of said persons(s) once their identities become known.

4. Defendants ABC Partnerships I – X and XYZ Corporations I – X are fictitious entities whose identities are unknown to Plaintiff, but whose conduct may have caused or contributed to Plaintiff's damages herein. Plaintiff reserves the right to amend the pleadings with the names of said entities once their identities become known.

5. All acts and transactions alleged herein occurred in Maricopa County, Arizona.

6. On July 12, 2020, Plaintiff Alhame Hano was a business invitee at the 99 Cents Only Store # 322, located at 4240 West Bell Road, in Glendale, Arizona.

7. As Ms. Hano was walking in the produce area, she unknowingly stepped on some blueberries on the floor, and fell.

8. As a result of the fall, Plaintiff suffered injuries.

9. On and prior to July 12, 2020, a dangerous condition existed at the 99 Cents Only store located at 4240 West Bell Road, in Glendale, Arizona.

10. Defendant had a duty to business invitees such as Plaintiff to manage and maintain the property in a reasonably safe condition.

11. Defendant and its employees knew of or should have known of the dangerous condition with sufficient time to warn Plaintiff and/or provide a remedy for the dangerous condition.

12. Defendant and its employees failed to maintain and/or remedy the dangerous condition in a timely manner.

13. Defendant and its employees failed to protect or safeguard the dangerous condition to prevent unsuspecting business invitees such as Plaintiff from coming into contact with the dangerous condition and being injured.

14. Defendant and its employees failed to alert or warn business invitees such as Plaintiff of the dangerous condition that existed on the sidewalk outside the store.

15. Defendant and its employees failed to utilize any available devices (such as tape cautioning off the area, cones, etc.) to alert or warn business invitees such as Plaintiff of the dangerous condition.

16. Defendant and its employees had a duty to guests and business invitees such as Plaintiff to keep the premises safe and to maintain them in such a way as to avoid causing injuries and damages to guests and business invitees.

17. Defendant and its employees had a duty to guests and business invitees such as Plaintiff to remedy, safeguard and/or warn business invitees of dangerous conditions existing on the premises.

18. Defendant and its employees breached the aforementioned duties.

19. As a direct and proximate result of the negligence of Defendant 99 Cents Only Stores, LLC, and/or its employees, Plaintiff Ahlam E. Hano sustained physical injuries, for which she has incurred medical expenses, and other pecuniary damages.

WHEREFORE, Plaintiff seeks judgment against Defendant as follows:

A. For Plaintiff's special damages, in amounts to be proven at trial and in amounts sufficient to satisfy the jurisdictional requirements of this Court;

B. For Plaintiff's general damages, in amounts to be proven at trial;

C. For Plaintiff's reasonable costs incurred herein; and

D. For such other and further relief as this Court deems just and proper.

DATED this 8th day of June, 2022.

*/s/ Nicholas Smith*
Nicholas Smith
Attorney for the Plaintiff

-3-

**ZACHAR LAW FIRM, P.C.**
PO Box 47640
Phoenix, Arizona 85020
(602) 494-4800
Christopher J. Zachar  #014711
czachar@zacharlaw.com
Nicholas Smith  #033031
nsmith@zacharlaw.com

Attorney for the Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **ALHAM E. HANO,** an adult individual, | No.: CV2022-051821 |
| Plaintiff, | **ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANT** |
| vs. | |
| **99 CENTS ONLY STORES, LLC,** a foreign limited liability corporation; **JOHN DOES I – X; JANE DOES I – X; ABC PARTNERSHIPS I – X** and **XYZ CORPORATIONS I – X,** | *(Assigned to the Honorable Alison Bachus)* |
| Defendants. | |

1. Accept and Waive Formal Service: I waive formal service of process (service by a process server or sheriff) and understand that by accepting these papers, it is the same as if I was personally served under Arizona Law Rule 4(f), Arizona Rules of Civil Procedure.

2. Response Deadline: I understand that accepting service of these court papers does not affect my rights to file a written Response (Answer) to this action if I disagree. I understand that if I do not agree with any relief asked for in the Complaint, I must Respond or Answer within twenty (20) days from the day I signed the original

of this Acceptance of Service if I accepted service in Arizona, or within thirty (30) days if I received the papers somewhere other than Arizona.

3. Default Judgment, Order or Decree: I understand that if I do not appear and defend this action in court, within the time allowed by law, that I may lose my right to be heard in this case. I understand that failure to Respond or Answer could result in the court giving the other party any and all things requested in his or her legal papers, through a Default Judgment, Order or Decree.

4. Type of Case: Civil – Tort: <u>Non-Motor Vehicle; Premises Liability; Negligence</u>

I have received and voluntarily accept service of the legal documents listed below:

Summons
Complaint
Certificate of Compulsory Arbitration

In accordance with Rule 80(c), Ariz. R. Civ. P., I declare under penalty of perjury that I have read and understand the contents of this document and that the information I have provided is true and correct to the best of my knowledge and belief.

Executed this 28th day of June, 2022

Josh M. Snell, Esq,
Attorney for Defendant

-2-

# EXHIBIT B

# Rachel Barajas

| | |
|---|---|
| **From:** | Jena Smanz <jsmanz@zacharlaw.com> |
| **Sent:** | Tuesday, June 28, 2022 11:53 AM |
| **To:** | JOSH SNELL; Chris Zachar; Nicholas Smith; Rachel Barajas |
| **Cc:** | Tari Andersen; Jonathan Brannon |
| **Subject:** | RE: Hano v. 99 Cents Only Stores, LLC |

Got it, thank you!

And, based on records in our possession, looks like meds are just over $132,000.

*Jena Smanz*
Litigation Paralegal
ZACHAR LAW FIRM, P.C.
714 East Rose Lane
Phoenix, AZ 85014
Office: 602-494-4800
Direct: 602-734-5426
Fax: 602-494-3320

This message may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the correct addressee, do not read, copy or send this message to anyone.  Instead, delete it and notify the sender at once that you received it.  If you are not the intended recipient or an authorized representative of the intended recipient, any review, dissemination, copying, use or any action or reliance on the communication is strictly prohibited by the Electronic Communication Privacy Act, 18 U.S.C. 2510-2521.

**From:** JOSH SNELL <JSnell@JSHFIRM.com>
**Sent:** Tuesday, June 28, 2022 11:28 AM
**To:** Chris Zachar <czachar@zacharlaw.com>; Jena Smanz <jsmanz@zacharlaw.com>; Nicholas Smith <nsmith@zacharlaw.com>; Rachel Barajas <RBarajas@JSHFIRM.COM>
**Cc:** Tari Andersen <TAndersen@Jshfirm.com>; Jonathan Brannon <JBrannon@JSHFIRM.COM>
**Subject:** RE: Hano v. 99 Cents Only Stores, LLC

I expect nothing less from you!!

Just sent back to you Jena

Let me know about specials when you get a chance so I know whether case can be removed

Thanks all



**JOSH M. SNELL** | Partner
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
**P** (602) 263-1790 | **M** (602) 377-6366 | **F** (602) 200-7815

website | bio | vCard | map | email | linkedin | facebook | twitter

**From:** Chris Zachar <czachar@zacharlaw.com>
**Sent:** Tuesday, June 28, 2022 11:26 AM

1

**To:** JOSH SNELL <JSnell@JSHFIRM.com>; Jena Smanz <jsmanz@zacharlaw.com>; Nicholas Smith <nsmith@zacharlaw.com>; Rachel Barajas <RBarajas@JSHFIRM.COM>
**Cc:** Tari Andersen <TAndersen@Jshfirm.com>; Jonathan Brannon <JBrannon@JSHFIRM.COM>
**Subject:** RE: Hano v. 99 Cents Only Stores, LLC

Screw that.  I would have made Josh get a notary.

☺

Christopher J Zachar, Esq.
**ZACHAR LAW FIRM, P.C.**
714 East Rose Lane
Phoenix, AZ 85014
602-494-4800 Office
602-494-3320 Fax
Certified Specialist in Personal Injury and Wrongful Death Law

No man is above the law and no man is below it, nor do we ask any man's permission when we ask him to obey it.  *Theodore Roosevelt*





This message may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the correct addressee, do not read, copy or send this message to anyone.  Instead, delete it and notify the sender at once that you received it.  If you are not the intended recipient or an authorized representative of the intended recipient, any review, dissemination, copying, use or any action or reliance on the communication is strictly prohibited by the Electronic Communication Privacy Act, 18 U.S.C. 2510-2521.

**From:** JOSH SNELL <JSnell@JSHFIRM.com>
**Sent:** Tuesday, June 28, 2022 11:19 AM
**To:** Jena Smanz <jsmanz@zacharlaw.com>; Nicholas Smith <nsmith@zacharlaw.com>; Rachel Barajas <RBarajas@JSHFIRM.COM>; Chris Zachar <czachar@zacharlaw.com>
**Cc:** Tari Andersen <TAndersen@Jshfirm.com>; Jonathan Brannon <JBrannon@JSHFIRM.COM>
**Subject:** RE: Hano v. 99 Cents Only Stores, LLC


Thank you for doing that



**JOSH M. SNELL** | Partner
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
**P** (602) 263-1790 | **M** (602) 377-6366 | **F** (602) 200-7815
website | bio | vCard | map | email | linkedin | facebook | twitter

---

**From:** Jena Smanz <jsmanz@zacharlaw.com>
**Sent:** Tuesday, June 28, 2022 11:15 AM
**To:** JOSH SNELL <JSnell@JSHFIRM.com>; Nicholas Smith <nsmith@zacharlaw.com>; Rachel Barajas <RBarajas@JSHFIRM.COM>; Chris Zachar <czachar@zacharlaw.com>
**Cc:** Tari Andersen <TAndersen@Jshfirm.com>; Jonathan Brannon <JBrannon@JSHFIRM.COM>
**Subject:** RE: Hano v. 99 Cents Only Stores, LLC

Of course not. Revised a little to include the 80(c) language. See attached.

*Jena Smanz*
Litigation Paralegal
ZACHAR LAW FIRM, P.C.
714 East Rose Lane
Phoenix, AZ 85014
Office: 602-494-4800
Direct: 602-734-5426
Fax: 602-494-3320

This message may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the correct addressee, do not read, copy or send this message to anyone.  Instead, delete it and notify the sender at once that you received it.  If you are not the intended recipient or an authorized representative of the intended recipient, any review, dissemination, copying, use or any action or reliance on the communication is strictly prohibited by the Electronic Communication Privacy Act, 18 U.S.C. 2510-2521.

---

**From:** JOSH SNELL <JSnell@JSHFIRM.com>
**Sent:** Tuesday, June 28, 2022 11:12 AM
**To:** Jena Smanz <jsmanz@zacharlaw.com>; Nicholas Smith <nsmith@zacharlaw.com>; Rachel Barajas <RBarajas@JSHFIRM.COM>; Chris Zachar <czachar@zacharlaw.com>
**Cc:** Tari Andersen <TAndersen@Jshfirm.com>; Jonathan Brannon <JBrannon@JSHFIRM.COM>
**Subject:** RE: Hano v. 99 Cents Only Stores, LLC

Do I really need to notarize the acceptance.  Not sure who here at office to handle this.



**JOSH M. SNELL** | Partner
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
**P** (602) 263-1790 | **M** (602) 377-6366 | **F** (602) 200-7815
website | bio | vCard | map | email | linkedin | facebook | twitter

---

**From:** Jena Smanz <jsmanz@zacharlaw.com>
**Sent:** Tuesday, June 28, 2022 11:09 AM
**To:** JOSH SNELL <JSnell@JSHFIRM.com>; Nicholas Smith <nsmith@zacharlaw.com>; Rachel Barajas <RBarajas@JSHFIRM.COM>; Chris Zachar <czachar@zacharlaw.com>
**Cc:** Tari Andersen <TAndersen@Jshfirm.com>; Jonathan Brannon <JBrannon@JSHFIRM.COM>
**Subject:** RE: Hano v. 99 Cents Only Stores, LLC

Good morning Mr. Snell,

Per your email, attached are the pleadings filed as well as an Acceptance of Service. Please sign/notarize and return at your earliest convenience.

Thank you in advance!

*Jena Smanz*
Litigation Paralegal
ZACHAR LAW FIRM, P.C.
714 East Rose Lane
Phoenix, AZ 85014
Office: 602-494-4800
Direct: 602-734-5426
Fax: 602-494-3320

This message may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the correct addressee, do not read, copy or send this message to anyone.  Instead, delete it and notify the sender at once that you received it.  If you are not the intended recipient or an authorized representative of the intended recipient, any review, dissemination, copying, use or any action or reliance on the communication is strictly prohibited by the Electronic Communication Privacy Act, 18 U.S.C. 2510-2521.

**From:** JOSH SNELL <JSnell@JSHFIRM.com>
**Sent:** Friday, June 24, 2022 8:41 AM
**To:** Nicholas Smith <nsmith@zacharlaw.com>; Rachel Barajas <RBarajas@JSHFIRM.COM>; Chris Zachar <czachar@zacharlaw.com>
**Cc:** Tari Andersen <TAndersen@Jshfirm.com>; Jonathan Brannon <JBrannon@JSHFIRM.COM>; Jena Smanz <jsmanz@zacharlaw.com>
**Subject:** RE: Hano v. 99 Cents Only Stores, LLC

We can accept



**JOSH M. SNELL** | Partner
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
**P** (602) 263-1790 | **M** (602) 377-6366 | **F** (602) 200-7815
website | bio | vCard | map | email | linkedin | facebook | twitter

**From:** Nicholas Smith <nsmith@zacharlaw.com>
**Sent:** Thursday, June 23, 2022 1:10 PM
**To:** JOSH SNELL <JSnell@JSHFIRM.com>; Rachel Barajas <RBarajas@JSHFIRM.COM>; Chris Zachar <czachar@zacharlaw.com>
**Cc:** Tari Andersen <TAndersen@Jshfirm.com>; Jonathan Brannon <JBrannon@JSHFIRM.COM>; Jena Smanz <jsmanz@zacharlaw.com>
**Subject:** Re: Hano v. 99 Cents Only Stores, LLC

Josh,
We appreciate the contact and will update our file reflecting your appearance. I am cc'ing Jena jsmanz@zacharlaw.com on this reply as this file was recently assigned to our team.  We will get an IDS to you promptly with our computation of medical specials/ lost wages/ etc.

4

Jena will correct me if I am wrong, but I don't see we effected service of process on your client yet.

**Are you able to waive service and accept on client's behalf via e-mail? If so, let us know what formal document your office prefers for this.**

Nicholas G. Smith, Esq.~
**ZACHAR LAW FIRM, P.C.**
Ph: 602.494.4800 ext. 106

~Licensed in AZ & WA

```
This message may contain information which is legally privileged, confidential and exempt
from disclosure. If you are not the correct addressee, do not read, copy or send this
message to anyone.  Instead, delete it and notify the sender at once that you received
it.  If you are not the intended recipient or an authorized representative of the
intended recipient, any review, dissemination, copying, use or any action or reliance on
the communication is strictly prohibited by the Electronic Communication Privacy Act, 18
U.S.C. 2510-2521.
```

**From:** JOSH SNELL <JSnell@JSHFIRM.com>
**Sent:** Thursday, June 23, 2022 10:56
**To:** Rachel Barajas <RBarajas@JSHFIRM.COM>; Chris Zachar <czachar@zacharlaw.com>; Nicholas Smith <nsmith@zacharlaw.com>
**Cc:** Tari Andersen <TAndersen@Jshfirm.com>; Jonathan Brannon <JBrannon@JSHFIRM.COM>
**Subject:** RE: Hano v. 99 Cents Only Stores, LLC

Hi Chris,
What are the damages on this one?  Trying to determine whether can remove.
Josh



**JOSH M. SNELL** | Partner
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
**P** (602) 263-1790 | **M** (602) 377-6366 | **F** (602) 200-7815
website | bio | vCard | map | email | linkedin | facebook | twitter

**From:** Rachel Barajas <RBarajas@JSHFIRM.COM>
**Sent:** Thursday, June 23, 2022 9:32 AM
**To:** czachar@zacharlaw.com; nsmith@zacharlaw.com
**Cc:** JOSH SNELL <JSnell@JSHFIRM.com>; Tari Andersen <TAndersen@Jshfirm.com>
**Subject:** Hano v. 99 Cents Only Stores, LLC

Good morning,

      On behalf of Josh Snell, please see attached correspondence regarding the above matter.  Same will be mailed to you via U.S. Mail.

5

Thank you.

 **RACHEL BARAJAS** | Legal Assistant
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700 | Phoenix, AZ 85004
**Josh Snell**          P (602) 263-1790 | M (602) 377-6366 | F (602) 200-7815
**Clarissa Reiman**     P (602) 263-7344 | M (602) 639-1493 | F (602) 200-7834
**Jonathan Brannon** P (602) 263-4405 | F (602) 651-7586
website | vCard | map | email | linkedin | facebook | twitter

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not

intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C. that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (602) 263-1700. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT C

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
M. De La Cruz, Deputy
7/14/2022 10:23:59 AM
Filing ID 14558837

| | |
|---|---|
| 1 | Josh M. Snell, Bar #021602 |
| | Jonathan C. Brannon, Bar #036156 |
| 2 | JONES, SKELTON & HOCHULI P.L.C. |
| | 40 N. Central Avenue, Suite 2700 |
| 3 | Phoenix, Arizona 85004 |
| | Telephone: (602) 263-1790 |
| 4 | Fax: (602) 200-7815 |
| | jsnell@jshfirm.com |
| 5 | jbrannon@jshfirm.com |
| | minuteentries@jshfirm.com |
| 6 | |
| | Attorneys for Defendant 99 Cents Only Stores, LLC |
| 7 | |

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| ALHAM E. HANO, an adult individual, | NO. CV2022-051821 |
| Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| v. | |
| 99 CENTS ONLY STORES, LLC, a foreign limited liability corporation; JOHN DOES I-X; JANE DOES I-X, ABCPARTNERSHIPS I-X and XYZ CORPORATIONS I-X, | (Assigned to the Honorable Alison Bachus) |
| Defendants. | |

Defendant 99 Cents Only Stores, LLC, by and through undersigned counsel, pursuant to 28 U.S.C. § 1441, *et. seq.*, notifies this Court that it filed a Notice of Removal of this Action to the United States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit 1.

10785096.1

| | |
|---|---|
| 1 | DATED this 14th day of July, 2022. |
| 2 | JONES, SKELTON & HOCHULI P.L.C. |

By */s/Jonathan C. Brannon*
Josh M. Snell
Jonathan C. Brannon
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant 99 Cents Only Stores, LLC

ORIGINAL of the foregoing electronically filed this 14th day of July, 2022.

COPY of the foregoing mailed/e-mailed this 14th day of July, 2022, to:

Christopher J. Zachar
Nicholas Smith
ZACHAR LAW FIRM, P.C.
PO Box 47640
Phoenix, Arizona 85020
(602) 494-4800
czachar@zacharlaw.com
nsmith@zacharlaw.com
*Attorneys for Plaintiff*


*/s/Rachel Barajas*

2

10785096.1