Josh M. Snell, Bar #021602
Annelise M. Dominguez, Bar #033299
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4447
Fax: (602) 200-7801
jsnell@jshfirm.com
adominguez@jshfirm.com

Attorneys for Defendant 99 Cents Only Stores, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Alham E. Hano, an adult individual,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>99 Cents Only Stores, LLC, a foreign limited liability corporation,<br><br>　　　　　　　　　　　　　Defendant. | No. 2:22-cv-01195-ESW<br><br>**DEFENDANT'S NOTICE OF BANKRUPTCY** |

**PLEASE TAKE NOTICE** that on April 8, 2024, Defendant 99 Cents Only Stores LLC (the "Debtor") filed a voluntary petition for relief in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101, *et seq.*) (the "Bankruptcy Code"). The case number of the Debtor's bankruptcy case is 24-10719 (JKS) (Bankr. D. Del.). A copy of the chapter 11 petition for the Debtor is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 362(a) of the Bankruptcy Code (the "Automatic Stay"), the filing of the chapter 11 bankruptcy petitions "operates as a stay, applicable to all entities," of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the

[bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3).

**PLEASE TAKE FURTHER NOTICE**, that any action against the Debtor without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtor reserves and retains its statutory rights to seek relief in the Bankruptcy Court from any action by Plaintiff Alham Hano or any judgment, order, or ruling entered in violation of the Automatic Stay.

DATED this 12th day of April, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/ Annelise Dominguez*
Josh M. Snell
Annelise M. Dominguez
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant 99 Cents Only Stores, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Sara Thomas, Esq.
ZACHAR LAW FIRM. P.C.
P.O. Box 47640
Phoenix, AZ 85020
sthomas@zacharlaw.com
Attorneys for Plaintiff

*/s/ Crystal Wong*

2

116928372.1